John J. Kane (SBN 24066794)
S. Kyle Woodard (SBN 24102661)
JaKayla J. DaBera (SBN 24129114)
**KANE RUSSELL COLEMAN LOGAN PC**
901 Main Street, Suite 5200
Dallas, Texas 75202
Tel.: (214) 777-4200
Fax: (214) 777-4299
Email: jkane@krcl.com
Email: kwoodard@krcl.com
Email: jdabera@krcl.com

*Counsel for Debtor and
Debtor-in-Possession*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **UNIVERSAL REHEARSAL** | § | **Case No. 22-31966** |
| **PARTNERS, LTD.,** | § | |
| | § | |
| **Debtor.** | § | |

## NOTICE OF SALE CLOSING

**[Relates to Docket No. 100]**

**PLEASE TAKE NOTICE** that on March 3, 2023, the Court entered an *Order (I) Authorizing and Approving (A) The Sale of the Debtor's Assets Free and Clear of Liens, Claims and Encumbrances, and (B) the Debtor's Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with the Sale; and (II) Granting Related Relief* [Dkt. #100] authorizing Universal Rehearsal Partners, Ltd., as debtor and debtor-in-possession, to sell its property located at 9142 and 9150 Markville Drive, Dallas, Texas 75243 to TC Realty, LLC for a purchase price of $1,555,000.00 (the **"Sale"**).

**PLEASE TAKE FURTHER NOTICE** that the Sale closed on **March 9, 2023**.

DATED: March 21, 2023

Respectfully submitted,

**KANE RUSSELL COLEMAN LOGAN PC**

By: */s/ Kyle Woodard*

    **John J. Kane**
    Texas Bar No. 24066794
    **S. Kyle Woodard**
    Texas Bar No. 24102661
    **JaKayla J. DaBera**
    Texas Bar No. 24129114
Bank of America Plaza
901 Main Street, Suite 5200
Dallas, Texas 75202
Telephone - (214) 777-4200
Telecopier - (214) 777-4299
Email: jkane@krcl.com
Email: kwoodard@krcl.com
Email: jdabera@krcl.com

**COUNSEL FOR DEBTOR AND DEBTOR-IN-POSSESSION**

## CERTIFICATE OF SERVICE

    I hereby certify that on March 21, 2023, a true and correct copy of the foregoing document was filed with the Court and served (i) via the Court's CM/ECF system upon all parties receiving such electronic service in this bankruptcy case, and (ii) via first-class mail, postage prepaid, upon all parties set forth on the attached Service List.

                                                      */s/ Kyle Woodard*
                                                        Kyle Woodard