John J. Kane (SBN 24066794)
S. Kyle Woodard (SBN 24102661)
JaKayla J. DaBera (SBN 24129114)
**KANE RUSSELL COLEMAN LOGAN PC**
901 Main Street, Suite 5200
Dallas, Texas 75202
Tel.: (214) 777-4200
Fax: (214) 777-4299
Email: jkane@krcl.com
Email: kwoodard@krcl.com
Email: jdabera@krcl.com

*Counsel for Debtor and
Debtor-in-Possession*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **UNIVERSAL REHEARSAL PARTNERS, LTD.,** | § § § § | **Case No. 22-31966** |
| | § | |
| **Debtor.** | § | |

### NOTICE OF ENTRY OF CONFIRMATION ORDER AND
### EFFECTIVE DATE OF DEBTOR'S CHAPTER 11 PLAN OF LIQUIDATION

**[Relates to Docket Nos. 90 and 118]**

**PLEASE TAKE NOTICE** that, on April 6, 2023, the Bankruptcy Court entered its *Findings of Fact, Conclusions of Law, and Order (I) Approving Debtor's Disclosure Statement on a Final Basis and (II) Confirming Debtor's Chapter 11 Plan of Liquidation* [Dkt. #118] (the **"Confirmation Order"**), thereby, among other things, (i) approving the *Debtor's Disclosure Statement Pursuant to 11 U.S.C. § 1125* [Dkt. #91] on a final basis and (ii) confirming the *Debtor's Chapter 11 Plan of Liquidation* [Dkt. #90] (as may be amended, modified, or supplemented, the **"Plan"**).[1]

**PLEASE TAKE FURTHER NOTICE** that the Plan is effective as of <u>April 10, 2023</u> (the **"Effective Date"**).

**PLEASE TAKE FURTHER NOTICE** that on April 7, 2023, the Bankruptcy Court entered its Chapter 11 Post-Confirmation Order [Dkt. #119]. Be advised that certain deadlines set forth in the Post-Confirmation Order, including the deadline for Filing Administrative Claims, are subject to the terms of the Plan and the deadlines established therein.

---

[1] Capitalized terms not defined herein shall have the meanings provided in the Plan unless otherwise noted herein.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 5.01 of the Plan, all requests for allowance and payment of Administrative Claims must be Filed and served no later than **May 10, 2023**. All such requests must be made by motion or application Filed and served in accordance with the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules of this Court.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 5.03 of the Plan, all requests for allowance and payment of Professional Fee Claims must be Filed and served no later than **May 10, 2023**. All such requests must be made by motion or application Filed and served in accordance with the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules of this Court. Objections to any application for allowance and payment of a Professional Fee Claim must be Filed and served on the requesting Professional, the Liquidating Trustee (ewhite@harneypartners.com) and his counsel, John Kane (jkane@krcl.com) and Kyle Woodard (kwoodard@krcl.com), and the U.S. Trustee (ustpregion06.da.ecf@usdoj.gov) no later than **fourteen (14) days** after the date on which such application was served.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 10.03 of the Plan, all Rejection Claims based upon any Executory Contracts or Unexpired Leases rejected pursuant to the Plan must be Filed by no later than **May 10, 2023** (*i.e.*, the first Business Day that is thirty days after the Effective Date). Pursuant to Section 10.01 of the Plan, any of the Debtors' Executory Contracts or Unexpired Leases that were not assumed, assumed and assigned, or rejected prior to entry of the Confirmation Order are deemed rejected as of the Effective Date.

**PLEASE TAKE FURTHER NOTICE** that copies of the Plan, Confirmation Order, and related documents may be obtained upon written request to the Debtors' undersigned counsel, Attn: Olivia Salvatierra (osalvatierra@krcl.com) or online via PACER at https://www.txnb.uscourts.gov/.

DATED: April 10, 2023                    Respectfully submitted,

**KANE RUSSELL COLEMAN LOGAN PC**

By: _/s/ Kyle Woodard_
    **John J. Kane**
    State Bar No. 24066794
    **Kyle Woodard**
    State Bar No. 24102661
    **JaKayla J. DaBera**
    State Bar No. 24129114
Bank of America Plaza
901 Main Street, Suite 5200
Dallas, Texas 75202
Tel.: (214) 777-4200
Fax: (214) 777-4299
Email: jkane@krcl.com
Email: kwoodard@krcl.com
Email: jdabera@krcl.com

**ATTORNEYS FOR DEBTOR AND DEBTOR-IN-POSSESSION**

## CERTIFICATE OF SERVICE

    I hereby certify that on April 10, 2023, a true and correct copy of the foregoing document was filed with the Court and served (i) via the Court's electronic case filing system (ECF) upon all parties receiving such service in this Bankruptcy Case and (ii) via regular U.S. mail, postage prepaid, upon all parties on the attached Service List.

                                                   _/s/ Kyle Woodard_
                                                   Kyle Woodard