**Fill in this information to identify the case:**

Debtor Name _____

United States Bankruptcy Court for the: _____ District of _____

Case number: _____

❏ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11    12/17

Month: _____                                                  Date report filed: _____
                                                                    MM / DD / YYYY

Line of business: _____                       NAISC code: _____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:                         _____

Original signature of responsible party    _____

Printed name of responsible party          _____

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
|---|---|---|---|---|
|  | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** |  |  |  |
| 1. | Did the business operate during the entire reporting period? | ❏ | ❏ | ❏ |
| 2. | Do you plan to continue to operate the business next month? | ❏ | ❏ | ❏ |
| 3. | Have you paid all of your bills on time? | ❏ | ❏ | ❏ |
| 4. | Did you pay your employees on time? | ❏ | ❏ | ❏ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ❏ | ❏ | ❏ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ❏ | ❏ | ❏ |
| 7. | Have you timely filed all other required government filings? | ❏ | ❏ | ❏ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ❏ | ❏ | ❏ |
| 9. | Have you timely paid all of your insurance premiums? | ❏ | ❏ | ❏ |
|  | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** |  |  |  |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ❏ | ❏ | ❏ |
| 11. | Have you sold any assets other than inventory? | ❏ | ❏ | ❏ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ❏ | ❏ | ❏ |
| 13. | Did any insurance company cancel your policy? | ❏ | ❏ | ❏ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ❏ | ❏ | ❏ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ❏ | ❏ | ❏ |
| 16. | Has anyone made an investment in your business? | ❏ | ❏ | ❏ |

Debtor Name _____     Case number_____

17. Have you paid any bills you owed before you filed bankruptcy? ❏ ❏ ❏

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ❏ ❏ ❏

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ _____

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.     $ _____

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.     − $ _____

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.     + $ _____

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.     = $ _____

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**     $ _____

    *(Exhibit E)*

Debtor Name  _____    Case number_____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**    $ _____

      *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?    _____
27. What is the number of employees as of the date of this monthly report?    _____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?    $ _____
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $ _____
30. How much have you paid this month in other professional fees?    $ _____
31. How much have you paid in total other professional fees since filing the case?    $ _____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | *Column A* **Projected** Copy lines 35-37 from the previous month's report. | *Column B* **Actual** Copy lines 20-22 of this report. | *Column C* **Difference** Subtract Column B from Column A. |
|---|---|---|---|
| 32. **Cash receipts** | $ _____ — | $ _____ = | $ _____ |
| 33. **Cash disbursements** | $ _____ — | $ _____ = | $ _____ |
| 34. **Net cash flow** | $ _____ — | $ _____ = | $ _____ |

35. Total projected cash receipts for the next month:    $ _____
36. Total projected cash disbursements for the next month:    − $ _____
37. Total projected net cash flow for the next month:    = $ _____

Debtor Name _____   Case number_____

# 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☐ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

# **Exhibit A**

**Monthly Operating Report for Small Business under Chapter 11**

1. The Debtor sold its real property located at 9150 Markville Drive, Dallas, Texas 75243 and 9142 Markville Drive, Dallas, Texas 75243 (together, the "Real Property") pursuant to and in accordance with the Bankruptcy Court's Order (I) Authorizing and Approving (A) the Sale of the Debtor's Assets Free and Clear of Liens, Claims, and Encumbrances, and (B) the Debtor's Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with the Sale; and (II) Granting Related Relief [Dkt. No. 100] (the "Sale Order").

2. The Debtor sold its Real Property pursuant to the Sale Order. The Real Property was Debtor's sole business operation and only source of revenue.

# **Exhibit B**

**Monthly Operating Report for Small Business under Chapter 11**

11. The Debtor sold its real property located at 9150 Markville Drive, Dallas, Texas 75243 and 9142 Markville Drive, Dallas, Texas 75243 (together, the "Real Property") pursuant to and in accordance with the Bankruptcy Court's Order (I) Authorizing and Approving (A) the Sale of the Debtor's Assets Free and Clear of Liens, Claims, and Encumbrances, and (B) the Debtor's Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with the Sale; and (II) Granting Related Relief [Dkt. No. 100] (the "Sale Order").

17. The Debtor has paid amounts owed to its prepetition secured lender, PlainsCapital Bank, pursuant to and in accordance with the Bankruptcy Court's First and Second Interim Orders Authorizing the Debtors' Use of Cash Collateral [Dkt. Nos. 29 and 49]. The Debtor has also paid amounts owed to its utility service providers pursuant to and in accordance with 11 U.S.C. §§ 365 and 366 and the Bankruptcy Court's Order Regarding Adequate Assurance for Utility Services [Dkt. No. 55]. The Debtor has not paid any prepetition bills except to the extent such payments were authorized by the Bankruptcy Court and/or the provisions of the Bankruptcy Code.

# **Exhibit F**

**Monthly Operating Report for Small Business under Chapter 11**

26.     The Debtor collected rent for 49 of the 55 occupied rental spaces in its building in November, 2022, which it believes was approximately 89% of the total rent owed for the month.  Thus, the Debtor believes it has some amount of outstanding post-petition receivables for unpaid rent; however, the Debtor is still in the process of creating a "rent roll" and compiling other information necessary to quantify the amount of post-petition receivables due and owing.  As further detailed in the First Day Declarations [Dkt. Nos. 8 and 9], the Debtor lacked access to accurate books and records as of the filing of this bankruptcy case, including, among other things, a historic rent roll and copies of tenant rental agreements.

# PlainsCapital Bank  

PO BOX 271
LUBBOCK TX 79408

Account Number     XXXXXX0101
Statement Date     03/31/2023
Checks/Items Enclosed     3
Page     1 of 3

00031482 TP10635S040123145029 01 000000000 1 004

UNIVERSAL REHEARSAL PARTNERS LTD
DEBTOR-IN-POSSESSION, CASE #22-31966
9150 MARKVILLE DR
DALLAS TX 75243-4306

## Customer Service Information

**Voice Banking**
1-866-762-7782

**Customer Service:**
1-866-762-8392

**Visit Us Online:**
www.plainscapital.com

## Important Information - Debit Card Limits

*Effective Monday, April 3rd, our standard retail daily debit card limits are increasing! You will be able to use your debit card up to $2,500 for transactions requiring a PIN, and an additional $2,500 for transactions that do not require a PIN. The ATM limit will increase to $1,010. Our business debit card limits will increase to $3,000 for transactions requiring a PIN, and an additional $3,000 for transactions that do not require a PIN. The limits for our World debit, Health Savings, and Youth debit cards remain the same.*

## BUSINESS BASICS CHECKING ACCOUNT

Account Number: XXXXXX0101

### Balance Summary

| | | |
|---|---|---:|
| **Beginning Balance as of 02/28/2023** | | **$39,753.53** |
| + Deposits and Credits | (5) | 848,788.69 |
| − Withdrawals and Debits | (15) | 9,930.70 |
| **Ending Balance as of 03/31/2023** | | **$878,611.52** |
| Low Balance | | 38,935.66 |
| Average Balance | | 665,009.67 |
| Average Available Balance | | 665,009.00 |

### Transactions

| Date | Description | Debits | Credits | Balance |
|---|---|---:|---:|---:|
| Feb 28 | BEGINNING BALANCE | | | 39,753.53 |
| Mar 02 | ACH CREDIT | | 535.00 | 40,288.53 |
| | VENMO CASHOUT 230302 | | | |
| Mar 07 | ACH DEBIT | -1,352.87 | | 38,935.66 |
| | MP2 ENERGY TEXAS 8324882052 230307 3DF74D180B30 | | | |



GO PAPERLESS
Get instant and secure access to your statements. Log in to online banking and switch to eStatements today! For more information, visit plainscapital.com/estatements or call 866.762.8392.



## RECONCILING YOUR ACCOUNT

| | | | OUTSTANDING CHECKS, ATM WITHDRAWALS, CHECK CARD DEBITS, AND OTHER DEBITS | |
|---|---|---|---|---|
| 1. Add to your register any interest earned and direct deposits shown on this bank statement and not yet recorded in our register. | | | | |
| 2. Subtract from your register any service charges shown on this bank statement that you have not already recorded in your register. | | | Check Number | Amount |
| 3. Balance shown on bank statement. | $ | | | |
| 4. Add deposits and other credits recorded in register but not listed on this bank statement. | $ | | | |
| Sub-total............................................................ | $ | | | |
| 5. Add totals of items 3 and 4 above. | $ | | | |
| 6. Enter the total of checks issued, ATM withdrawals, Check Card debits and other debits not listed on Bank Statement. | $ | | | |
| 7. Subtract total of item 6 from total of item 5 above. This should be the balance shown in your register. | $ | | TOTAL | $ |

1. Check for errors in addition and subtraction.
2. Verify deposit records on statement against deposits entered in your account register.
3. Make sure you have subtracted the service charges or miscellaneous charges from your register balance.
4. Verify the carry-over balance from page to page in your register.
5. Compare the amount of each check with the amount on the check register.
6. Make sure you have entered all electronic debits and ATM withdrawals from your register.

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ACCOUNT

You are the best person to discover errors and unauthorized transactions on your account. You should examine your statement carefully and promptly.

If there are items on your bank statement that you suspect may have posted in error or may be fraudulent, or if you need more information about an item on your statement, you may notify us in the following ways.

| | |
|---|---|
| In Person: | By visiting any of our branch locations. |
| Mail: | By mailing the information to PlainsCapital Bank, P.O. Box 271, Lubbock, TX, 79408. |
| Telephone: | By calling PlainsCapital Bank Customer Service at 866-762-8392. |

- Telling us orally will not preserve your rights.
- If you call us to report a suspected error, we may require that you provide the information to us in writing within ten (10) business days.

Upon reporting the suspected error, be prepared to provide your name, account number, the dollar amount of the suspected error, a description of the error or item you are unsure about and an explanation as to why you believe there may be an error.

**For electronic transfers**, which includes voice banking transfers, ACH debits, ACH credits, ATM withdrawals, POS debits and Check Card debits, we must hear from you no later than **sixty (60) days** after the date we sent you the FIRST statement on which the error or problem appeared.

- We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**For Checks and Other Non-Electronic Transfer Transactions**, we must hear from you no later than **thirty (30) days** after the date we sent you the FIRST statement on which the error or problem appeared. In some cases this could be extended depending on the type of item, as explained in the Deposit Account Agreement and Services Disclosure. If the suspected error is not reported within this time frame we may not be liable to you and you agree to not make a claim against us for the error or unauthorized transactions.

Please refer to the PlainsCapital Bank Deposit Account Agreement and Services Disclosure for more information on errors.

The above stated timelines apply to consumer accounts. Business account error reporting guidelines are located in the Commercial Deposit Agreement and Services Disclosures.

YOUR STATEMENT & ACCOUNT RECORDS ARE ASSUMED TO BE CORRECT IF ERRORS ARE NOT REPORTED WITHIN THE TIME PERIODS SET FORTH ABOVE.

Report lost or stolen Check Cards immediately: 1-888-765-1765



PO BOX 271
LUBBOCK TX 79408

Account Number: XXXXXX0101
Statement Date: 03/31/2023
Page: 2 of 3

## Transactions (Continued)

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| Mar 08 | ACH CREDIT VENMO CASHOUT 230308 | | 10,285.46 | 49,221.12 |
| Mar 08 | ACH DEBIT WATER EPAYS DWU WEB 230307 | -257.94 | | 48,963.18 |
| Mar 09 | ACH CREDIT VENMO ACCTVERIFY 230309 | | 0.11 | 48,963.29 |
| Mar 09 | ACH CREDIT VENMO ACCTVERIFY 230309 | | 0.32 | 48,963.61 |
| Mar 09 | INCOMING WIRE INCOMING WIRE 20230680251200; ORG NATIONAL TITLE GROUP LLC;REF Q2G T4478792 | | 837,967.80 | 886,931.41 |
| Mar 09 | DIRECT S/C WIRE FEE | -15.00 | | 886,916.41 |
| Mar 09 | ACH DEBIT VENMO PAYMENT 230309 | -408.99 | | 886,507.42 |
| Mar 09 | ACH DEBIT VENMO ACCTVERIFY 230309 | -0.32 | | 886,507.10 |
| Mar 09 | ACH DEBIT VENMO ACCTVERIFY 230309 | -0.11 | | 886,506.99 |
| Mar 10 | ACH DEBIT VENMO PAYMENT 230310 | -2,400.00 | | 884,106.99 |
| Mar 10 | ACH DEBIT ATMOS ENERGY SGL UTIL PYMT 230309 | -140.82 | | 883,966.17 |
| Mar 10 | ACH DEBIT TSYS/TRANSFIRST DISCOUNT 39300983444455  UN IVERSAL REHEARSAL DISCOUNT | -31.95 | | 883,934.22 |
| Mar 14 | ACH DEBIT ATT Payment 230312 | -200.26 | | 883,733.96 |
| Mar 17 | CHECK  1892 | -1,657.31 | | 882,076.65 |
| Mar 22 | ACH DEBIT VENMO PAYMENT 230322 | -1,300.00 | | 880,776.65 |
| Mar 27 | CHECK  1890 | -45.00 | | 880,731.65 |
| Mar 28 | ACH DEBIT ATT Payment 230328 | -462.82 | | 880,268.83 |
| Mar 30 | CHECK  1893 | -1,657.31 | | 878,611.52 |
| Mar 31 | ENDING BALANCE | | | $878,611.52 |

## Itemization of Checks Posted

\* Indicates a Skip in Check Number(s)
"E" Indicates an Electronified Check

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1890 | Mar 27 | 45.00 | 1892 * | Mar 17 | 1,657.31 | 1893 | Mar 30 | 1,657.31 |

## Overdraft and Returned Item Fees

| | Total For This Period | Total Year To Date |
|---|---|---|
| TOTAL OVERDRAFT FEES | 0.00 | 0.00 |
| TOTAL RETURNED ITEM FEES | 0.00 | 0.00 |



# PlainsCapitalBank

PO BOX 271
LUBBOCK TX 79408

Account Number            XXXXXX0101
Statement Date            03/31/2023
Page                      3 of 3

**Account Number: XXXXXX0101**

  

| 03/27/23 | #1890 | $45.00 | 03/17/23 | #1892 | $1,657.31 | 03/30/23 | #1893 | $1,657.31 |



00031482 0139428 0003-0003 TP10635S040123145029 01  L  1