# Exhibit A

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **UNIVERSAL REHEARSAL** | § | Case No. 22-31966 |
| **PARTNERS, LTD.,** | § | |
| | § | |
| | § | |
| Debtor. | § | |

**NOTICE OF SALE OF PROPERTY AND
PROCEDURE TO CLAIM SECURITY DEPOSITS**

**TO:** All Tenants of 9150 Markville Dr., Dallas, TX 75238

**DATE:** March 9, 2023

<u>**IF YOU PAID A SECURITY DEPOSIT TO UNIVERSAL REHEARSAL
PARTNERS, PLEASE READ THIS NOTICE CAREFULLY**</u>.

On October 21, 2022, Universal Rehearsal Partners, Ltd., ("<u>URP</u>") filed bankruptcy under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101, *et seq.*, in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division (the "<u>Bankruptcy Court</u>"), thereby commencing the above-captioned bankruptcy case. On March 3, 2023, the Bankruptcy Court entered an Order [Dkt. #101] (the "<u>Sale Order</u>") authorizing URP to sell its property at 9142 and 9150 Markville Drive, Dallas, Texas 75243 (the "<u>Property</u>") to TC Realty, LLC and/or its assigns ("<u>TC Realty</u>"). A copy of the Sale Order may be obtained upon written request, including by email, to URP's undersigned counsel, Attn: Olivia Salvatierra (osalvatierra@krcl.com).

The sale of the Property to TC Realty closed on <u>March 9, 2023</u>, at which time TC Realty become the record owner of the Property. However, URP remains responsible for returning any security to tenants upon termination of their rental agreements.

**If you are a tenant and believe you are entitled to return of a security deposit, you must email the following information to JaKayla DaBera (jdabera@krcl.com) and Marcus Morriss (marcus@morrissco.com) by no later than <u>March 31, 2023</u>:**

    **(1)** the amount of your security deposit;
    **(2)** when you paid the deposit;
    **(3)** your room # in the building; and
    **(4)** written documentation showing that the deposit was paid.

      Unfortunately, URP does not have complete records of which tenants paid security deposits, how much the deposits were, or when they were made. Therefore, URP asks that you please provide some form of documentation to verify that the deposit was made, which may be in the form of text messages, emails, bank statements, etc.

      Please contact Marcus Morriss or JaKayla DaBera with any questions or concerns. Your understanding and cooperation is greatly appreciated.

      */s/ Marcus Morris*
Marcus Morris
(214) 770-1411
marcus@morrissco.com

      */s/ JaKayla DaBera*
John J. Kane
Kyle Woodard
JaKayla J. DaBera
**KANE RUSSELL COLEMAN LOGAN PC**
Bank of America Plaza
901 Main Street, Suite 5200
Dallas, Texas 75202
Tel.: (214) 777-4200
Fax: (214) 777-4299
Email: jkane@krcl.com
Email: kwoodard@krcl.com
Email: jdabera@krcl.com

**ATTORNEYS FOR UNIVERSAL REHEARSAL PARTNERS, LTD.**