# Exhibit B

**Universal Rehearsal Partners, Ltd.**
Case No. 22-31966-mvl11

**Claimed Security Deposits**

| Rm # | Name | Tenant | Deposit Amount |
|---|---|---|---|
| 4 | Jonathan Hawkins | Jonathan Hawkins Lance Rhodes | $ 450.00 |
| 18 | Mark Finley | Mark Finley | $ 250.00 |
| 27 | Rick Yeager | Rick Yeager | $ 500.00 |
| 28 | David Primrose | David Primrose | $ 400.00 |
| 33 | RHH | RHH - Bill Pay | $ 600.00 |
| 34a | Lance Rhoads | Lance Rhodes | $ 300.00 |
| 35 | Brennan Shackelford | Skylar Taylor | $ 600.00 |
| 40 | Kenneth Barry | John Renquist | $ 1,625.00 |
| 42 | Ryan Sullivan |  | $ 500.00 |
| 43 | Mark Bailey | Mark baily | $ 87.50 |
| 51 | Bradley Sullivan | Occupied | $ 400.00 |
| 52 | Gamaliel Diaz | Gamaliel Diaz | $ 400.00 |
| 58 | Lena Levario (Mark Matos) | Mark Mates | $ 433.00 |
| 59 | Cesar Vargas | cesar vargas -Cayuga all stars | $ 400.00 |
| 61 | Chancy the Band (Austin Franks) | taylor alexander | $ 900.00 |
| 65 | Will Montgomery | will montgomery | $ 300.00 |

TOTAL: $ 8,145.50