Case 22-31966-mvl11    Doc 132    Filed 05/25/23    Entered 05/25/23 09:58:19    Desc
Main Document    Page 1 of 2

John J. Kane (SBN 24066794)
Kyle Woodard (SBN 24102661)
JaKayla J. DaBera (SBN 24129114)
**KANE RUSSELL COLEMAN LOGAN PC**
901 Main Street, Suite 5200
Dallas, Texas 75202
Tel.: (214) 777-4200
Fax: (214) 777-4299
Email: jkane@krcl.com
Email: kwoodard@krcl.com
Email: jdabera@krcl.com

**COUNSEL FOR ERIK WHITE, TRUSTEE
OF THE LIQUIDATING TRUST**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** | § § | **Chapter 11** |
| **UNIVERSAL REHEARSAL PARTNERS, LTD.,** | § § § | **Case No. 22-31966** |
| **Debtor.** | § § § | |

## NOTICE OF HEARING ON LIQUIDATING TRUSTEE'S MOTION FOR AUTHORITY TO RETURN TENANT SECURITY DEPOSITS

**[Relates to Docket No. 126]**

**PLEASE TAKE NOTICE** that a hybrid hearing has been set for **Wednesday, June 7, 2023 at 1:30 p.m.**, prevailing central time, before the Honorable Michelle V. Larson, United States Bankruptcy Judge for the Northern District of Texas, Dallas Division, 1100 Commerce Street, 14th Floor, Dallas, TX 75242, to consider the following matters:

- *Liquidating Trustee's Motion for Authority to Return Tenant Security Deposits* [Dkt. #126]

NOTICE OF HEARING                                                                                               PAGE 1 OF 2
10118611 v1 (73906.00004.000)

**PLEASE TAKE FURTHER NOTICE** that parties may attend the hearing remotely using the following information:

> **For WebEx Video Participation/Attendance:**
> Link: https://us-courts.webex.com/meet/larson
>
> **For WebEx Telephonic Only Participation/Attendance:**
> Dial-In: 1-650-479-3207
> Access code: 160 135 6015

DATED: May 25, 2023

Respectfully submitted,

**KANE RUSSELL COLEMAN LOGAN PC**

By: /s/ JaKayla J. DaBera
    **John J. Kane**
    State Bar No. 24066794
    **Kyle Woodard**
    State Bar No. 24102661
    **JaKayla J. DaBera**
    State Bar No. 24129114
Bank of America Plaza
901 Main Street, Suite 5200
Dallas, Texas 75202
Tel.: (214) 777-4200
Fax: (214) 777-4299
Email: jcoleman@krcl.com
Email: kwoodard@krcl.com

**COUNSEL FOR ERIK WHITE, TRUSTEE OF THE LIQUIDATING TRUST**

### CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2023, a true and correct copy of the foregoing document was filed with the Court and served via the Court's CM/ECF system on all parties receiving such electronic service in this bankruptcy case.

/s/JaKayla J. DaBera
JaKayla J. DaBera