John J. Kane (SBN 24066794)
Kyle Woodard (SBN 24102661)
JaKayla J. DaBera (SBN 24129114)
**KANE RUSSELL COLEMAN LOGAN PC**
901 Main Street, Suite 5200
Dallas, Texas 75202
Tel.: (214) 777-4200
Fax: (214) 777-4299
Email: jkane@krcl.com
Email: kwoodard@krcl.com
Email: jdabera@krcl.com

**COUNSEL FOR ERIK WHITE, TRUSTEE
OF THE LIQUIDATING TRUST**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **UNIVERSAL REHEARSAL** | § | **Case No. 22-31966** |
| **PARTNERS, LTD.,** | § | |
| | § | |
| **Debtor.** | § | |

### NOTICE OF HEARING ON LIQUIDATING TRUSTEE'S OBJECTIONS TO CERTAIN CLAIMS

**[Relates to Docket Nos. 133, 134, 135, 136]**

**PLEASE TAKE NOTICE** that a hybrid hearing has been set for **Tuesday, July 18, 2023 at 2:00 p.m.**, prevailing central time, before the Honorable Michelle V. Larson, United States Bankruptcy Judge for the Northern District of Texas, Dallas Division, 1100 Commerce Street, 14th Floor, Dallas, TX 75242, to consider the following matters:

- *Liquidating Trustee's Omnibus Objection to Certain Proofs of Claim (Satisfied Claims)* [Dkt. #133]

- *Liquidating Trustee's Objection to Proof of Claim Filed by Paula Field, CPA, PLLC* [Dkt. #134]

- *Liquidating Trustee's Objection to Proof of Claim Filed by John Kirtland* [Dkt. #135]

- *Liquidating Trustee's Objection to Proof of Claim Filed by Vince Barnhill* [Dkt. #136]

**PLEASE TAKE FURTHER NOTICE** that parties may attend the hearing remotely using the following information:

> **For WebEx Video Participation/Attendance:**
> Link: https://us-courts.webex.com/meet/larson
>
> **For WebEx Telephonic Only Participation/Attendance:**
> Dial-In: 1-650-479-3207
> Access code: 160 135 6015

DATED: June 5, 2023

Respectfully submitted,

**KANE RUSSELL COLEMAN LOGAN PC**

By: /s/ Kyle Woodard
    **John J. Kane**
    State Bar No. 24066794
    **Kyle Woodard**
    State Bar No. 24102661
    **JaKayla J. DaBera**
    State Bar No. 24129114
Bank of America Plaza
901 Main Street, Suite 5200
Dallas, Texas 75202
Tel.: (214) 777-4200
Fax: (214) 777-4299
Email: jkane@krcl.com
Email: kwoodard@krcl.com
Email: jdabera@krcl.com

**COUNSEL FOR ERIK WHITE, TRUSTEE OF THE LIQUIDATING TRUST**

## CERTIFICATE OF SERVICE

      I hereby certify that on June 5, 2023, a true and correct copy of the foregoing document was filed with the Court and served (i) via the Court's CM/ECF system on all parties receiving such electronic service in this bankruptcy case, and (ii) via first-class mail, postage prepaid upon the following parties:

**Vince Barnhill**
c/o Joyce W. Lindauer
1412 Main Street, Suite 500
Dallas, TX 75202

**John Kirtland**
c/o Gerrit M. Pronske
5700 Granite Parkway, Suite 650
Plano, TX 75024

**Paula Field, CPA, PLLC**
703 N. Greenville Ave.
Allen, TX 75002

**Dallas County**
c/o Sherrel K. Knighton
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2777 N. Stemmons Freeway. Suite 1000
Dallas, TX 75207

**PlainsCapital Bank**
c/o Buffey E. Klein
HUSCH BLACKWELL LLP
1900 N. Pearl Street, Suite 1800
Dallas, TX 75202

**Richardson Independent School District**
c/o Eboney Cobb
PERDUE BRANDON FIELDER ET AL
500 East Border St, Suite 640
Arlington, TX 76010

                                                  */s/ Kyle Woodard*
                                                   Kyle Woodard