

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed June 6, 2023

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| UNIVERSAL REHEARSAL | § | Case No. 22-31966 |
| PARTNERS, LTD. | § | |
| | § | |
| Debtor. | § | |

**ORDER GRANTING FIRST AND FINAL FEE APPLICATION OF KANE RUSSELL COLEMAN LOGAN PC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS DEBTOR'S COUNSEL FOR THE PERIOD FROM OCTOBER 21, 2022 THROUGH APRIL 10, 2022**

CAME ON FOR CONSIDERATION the *First and Final Fee Application* [Dkt. #127] (the "**Application**")[1] of Kane Russell Coleman Logan PC ("**KRCL**"), as counsel for Universal Rehearsal Partners, Ltd. (the "**Debtor**") in the above-captioned bankruptcy case, requesting allowance and payment of compensation for services rendered and reimbursement of expenses incurred for the period from October 21, 2022 through April 10, 2023 (the "**Compensation Period**"). The Court finds that, based on the record herein, (i) it has jurisdiction over this matter pursuant to 28 U.S.C. §§

___

[1] Capitalized terms not defined herein have the meanings provided in the Application unless otherwise noted.

ORDER GRANTING FIRST AND FINAL FEE APPLICATION OF KANE RUSSELL COLEMAN LOGAN PC    PAGE 1 OF 3
10072503 v1 (73906.00003.000)

157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) KRCL has shown good, sufficient, and sound business purpose and justification for the relief awarded in this Order; (iv) the amounts provided for herein are reasonable for the actual and necessary services rendered and expenses incurred by KRCL on behalf of the Debtor; (v) proper and adequate notice of the Application has been provided, and no other or further notice is necessary; (vi) no objections to the Application were filed; and (vii) good and sufficient cause exists for granting the relief set forth herein. Accordingly, it is therefore,

**ORDERED** that the Application is **GRANTED** on a final basis as set forth herein. It is further,

**ORDERED** that KRCL is hereby awarded compensation for professional services rendered as counsel to the Debtor during the Compensation Period in the total amount of **$197,108.50**. It is further,

**ORDERED** that KRCL is hereby awarded reimbursement for actual and necessary out-of-pocket expenses incurred as counsel to the Debtor during the Compensation Period in the total amount of **$8,990.64**. It is further,

**ORDERED** that KRCL is authorized to draw down on its prepetition in partial satisfaction of the fees and expenses awarded herein. It is further,

**ORDERED** that the Debtor and the Liquidating Trustee, as applicable, are hereby authorized and directed to remit payment to KRCL in the amount of **$206,099.14** in satisfaction of the unpaid professional fee compensation and expense reimbursements awarded herein, minus any retainer held by KRCL which KRCL shall apply to amounts due and owing. It is further,

**ORDERED** that the Court retains jurisdiction to hear and determine all matters arising from or related to this Order.

### ### END OF ORDER ###

**John J. Kane**
State Bar No. 24066794
**S. Kyle Woodard**
State Bar No. 24102661
**JaKayla J. DaBera**
State Bar No. 24129114
Bank of America Plaza
901 Main Street, Suite 5200
Dallas, Texas 75202
Telephone: (214) 777-4200
Telecopier: (214) 777-4299