

**CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed June 9, 2023**

_____
**United States Bankruptcy Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| UNIVERSAL REHEARSAL | § | Case No. 22-31966 |
| PARTNERS, LTD., | § | |
| | § | |
| Debtor. | § | |

### ORDER GRANTING MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE TRUSTEE TO ISSUE REFUNDS TO TENANTS

CAME ON FOR CONSIDERATION the *Motion for Authority to Return Tenant Security Deposits* (the "**Motion**") [Dkt. #126] (the "**Motion**")[1] filed by Erik White, as Liquidating Trustee (the "**Trustee**") for the Universal Rehearsal Partners Liquidating Trust (the "**Trust**"). The Court finds, based on the record herein, that (i) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) the Trustee has shown good, sufficient, and sound business purpose and justification for the relief awarded in this Order; (iv)

---

[1] Capitalized terms that are not defined herein have the meanings provided in the Motion unless otherwise noted.

proper and adequate notice of the Motion has been provided, and no other or further notice is necessary; (v) all objections to the Motion, if any, have been resolved or are overruled by this Order; and (vi) good and sufficient cause exists for granting the relief set forth herein. Accordingly, it is therefore,

**ORDERED** that the Motion is **GRANTED** as set forth herein; and it is further,

**ORDERED** that Trustee is hereby authorized to remit the Claimed Security Deposits to the Requesting Tenants in the amounts set forth on **Exhibit 1** attached hereto; and it is further,

**ORDERED** that, except for the Claimed Security Deposits set forth on the attached **Exhibit 1**, any and all claims of the Debtor's tenants for the return of a security deposit are hereby forever barred and disallowed; and it is further,

**ORDERED** that the Court retains jurisdiction to hear and determine all matters arising from or related to this Order.

### ###END OF ORDER###

John J. Kane
State Bar No. 24066794
S. Kyle Woodard
State Bar No. 24102661
JaKayla J. DaBera
State Bar No. 24129114
Bank of America Plaza
901 Main Street, Suite 5200
Dallas, Texas 75202
Telephone: (214) 777-4200
Telecopier: (214) 777-4299

# EXHIBIT 1

**Universal Rehearsal Partners, Ltd.**
Case No. 22-31966-mvl11

**Claimed Security Deposits**

| Rm # | Name | Tenant | Deposit Amount |
|---|---|---|---|
| 3 | Kimberly Jakus | Ted Jakus | $300.00 |
| 4 | Jonathan Hawkins | Jonathan Hawkins Lance Rhodes | $450.00 |
| 18 | Mark Finley | Mark Finley | $250.00 |
| 27 | Rick Yeager | Rick Yeager | $500.00 |
| 28 | David Primrose | David Primrose | $400.00 |
| 33 | RHH | RHH - Bill Pay | $600.00 |
| 34a | Lance Rhoads | Lance Rhodes | $300.00 |
| 35 | Brennan Shackelford | Skylar Taylor | $600.00 |
| 40 | Kenneth Barry | John Renquist | $1,625.00 |
| 42 | Ryan Sullivan |  | $500.00 |
| 43 | Mark Bailey | Mark baily | $87.50 |
| 51 | Bradley Sullivan | Occupied | $400.00 |
| 52 | Gamaliel Diaz | Gamaliel Diaz | $400.00 |
| 58 | Lena Levario (Mark Matos) | Mark Mates | $433.00 |
| 59 | Cesar Vargas | cesar vargas -Cayuga all stars | $400.00 |
| 61 | Chancy the Band (Austin Franks) | taylor alexander | $900.00 |
| 65 | Will Montgomery | will montgomery | $300.00 |
| 70 | Chris Apaliski, Jason Wiscarson, Matthew Jones, Scott Headstream | redefine | $600.00 |
|  |  | **TOTAL:** | **$9,045.50** |