

**CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed October 20, 2023**

_____
**United States Bankruptcy Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| UNIVERSAL REHEARSAL | § | Case No. 22-31966 |
| PARTNERS, LTD., | § | |
| | § | |
| Debtor. | § | |

## AGREED ORDER ABATING CLAIM OBJECTIONS

CAME ON FOR CONSIDERATION the *Stipulation and Agreed Order Abating Claim Objections* [Dkt. No. 162] (the "**Stipulation**")[1] by and among (i) Erik White, as trustee (the "**Trustee**") of the Universal Rehearsal Partners Liquidating Trust, successor in interest to the above-captioned debtor, (ii) Mr. Vince Barnhill, and (iii) Mr. John Kirtland (collectively, the "**Parties**") seeking entry of this order abating the Trustee's *Objection to Proof of Claim Filed by John Kirtland* [Dkt. #135] and *Objection to Proof of Claim Filed by Vince Barnhill* [Dkt. #136] (collectively, the "**Claim Objections**"). The Court finds that good cause exists to approve the Stipulation and enter the following order. Accordingly,

---

[1] Capitalized terms not defined herein shall have the meanings provided in the Stipulation unless otherwise noted.

**IT IS HEREBY ORDERED THAT**:

1. The Claim Objections hereby are abated pending a final resolution of Adversary Proceeding Nos. 23-03011 and 23-03012 related to this bankruptcy case.

2. A status conference on the Claim Objections shall be held before this Court on **April 30, 2024, at 9:30a.m. CST**, unless further continued by written notice of the Parties.

3. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

###END OF ORDER###

**AGREED AS TO FORM AND SUBSTANCE:**

By: /s/ Kyle Woodard
John J. Kane (SBN 24066794)
Kyle Woodard (SBN 24102661)
JaKayla J. DaBera (SBN 24129114)
KANE RUSSELL COLEMAN LOGAN PC
901 Main Street, Suite 5200
Dallas, Texas 75202
Telephone: (214) 777-4200
Telecopier: (214) 777-4299

**COUNSEL FOR ERIK WHITE,
TRUSTEE OF THE LIQUIDATING TRUST**

By: /s/ Joyce W. Lindauer
Joyce W. Lindauer (SBN 21555700)
JOYCE W. LINDAUER ATTORNEY, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: 972) 503-4034

**ATTORNEYS FOR VINCENT BARNHILL**

By: /s/ Jacob Sparks
Jacob Sparks (SBN 24066126)
NELSON MULLINS RILEY & SCARBOROUGH LLP
5830 Granite Parkway, Suite 1000
Plano, Texas 75024
Telephone: (469) 484-4758
Facsimile:  (469) 828-7217

**COUNSEL FOR JOHN KIRTLAND**